**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2321

ALVIN R. REED,

                                  Plaintiff - Appellant,

          versus

MCI WORLDCOM NETWORK SERVICES, INCORPORATED,

                                  Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (CA-05-517-5)

Submitted:  April 10, 2006          Decided:  April 26, 2006

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvin R. Reed, Appellant Pro Se.  Robert Allen Sar, John Ellison Branch III, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin R. Reed appeals the district court's order granting MCI's motion to dismiss his claim of disparate impact based on age, pursuant to the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634 (2000) (ADEA). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Reed v. MCI Worldcom Network Servs., Inc., No. CA-05-517-5 (E.D.N.C. Oct. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED